# NYS Department of State

## Division of Corporations

### Entity Information

Selected Entity Name: STARR TRANSIT CO. INC.

Selected Entity Status Information

**Current Entity Name:** STARR TRANSIT CO. INC.
**Initial DOS Filing Date:** DECEMBER 27, 1955
**County:**
**Jurisdiction:** NEW JERSEY
**Entity Type:** FOREIGN BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
STARR TRANSIT CO. INC.
1234 SPOFFARD AVENUE
BRONX, NEW YORK, 10474

**Registered Agent**
NONE

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Division of Corporations, State Records and UCC Home Page   NYS Department of State Home Page

# NYS Department of State
## Division of Corporations

## Entity Information

**Selected Entity Name:** STARR TRANSIT CO. INC.

---

**Current Entity Name:** STARR TRANSIT CO. INC.
**Initial DOS Filing Date:** DECEMBER 27, 1955
**County:**
**Jurisdiction:** NEW JERSEY
**Entity Type:** FOREIGN BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

---

**DOS Process** (Address to which DOS will mail process if accepted on behalf of the entity)
STARR TRANSIT CO. INC.
1234 SPOFFARD AVENUE
BRONX, NEW YORK 10474

**Registered Agent**
NONE

**NOTE:** New York State does not issue organizational identification numbers.

[ Search Results ] [ Search the Database ]

[ Division of Corporations, State Records and UCC Home Page ] [ NYS Department of State Home Page ]